FORM B5
(10-05)

| United States Bankruptcy Court | INVOLUNTARY |
|---|---|
| **District of** New Jersey | **PETITION** |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names) |
|---|---|
| Edward D. Fagan | Ed Fagan; Ed Fagan, Esq. |

| LAST FOUR DIGITS OF SOC SEC NO /Complete EIN or other TAX I D NO. (If more than one, state all.) | |
|---|---|

| STREET ADDRESS OF DEBTOR (No and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 127 Fairway Drive<br>E. Hanover, NJ 07936 | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | 07936 ZIP CODE | | ZIP CODE |
|---|---|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7          ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☐ Debts are primarily business debts

**TYPE OF DEBTOR**
☑ Individual          ☐ Stockbroker
☐ Partnership        ☐ Railroad
☐ Corporation       ☐ Health Care Business
☐ Clearing Bank    ☐ Commodity Broker
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

   or

   b ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor Edward D. Fagan

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Case No _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X_____<br>Signature of Petitioner or Representative (State title)<br>Andrew Decter (by Phil Decter)     May 22, 2006 | X_____ 5/30/06<br>Signature of Attorney            Date<br>Ravin Greenberg PC |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any)<br>101 Eisenhower Parkway, Roseland, NJ 07068 |
| Name & Mailing Address of Individual Signing in Representative Capacity | 206 Smith Manor Blvd., West Orange, NJ 07052 | Address<br>(973) 226-1500<br>Telephone No. |
| | Phil Decter (power of attorney) | |
| X_____<br>Signature of Petitioner or Representative (State title)<br>Edith B. Edry            May 19, 2006 | X_____ 5/30/06<br>Signature of Attorney            Date<br>Same as above |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 472 Bayview Avenue Cedarhurst, NY 11572 | Address |
| | Edith B. Edry | Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br>Allen C. Tavel            May 25, 2006 | X_____ 5/30/06<br>Signature of Attorney            Date<br>Same as above |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 1307 E. 58th St., B'klyn, NY 11234 | Address |
| | Allen C. Tavel | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Andrew S. Decter (by Phil Decter)<br>206 Smith Manor Blvd,<br>West Orange, NJ 07052 | Judgment | $827,985.54 |
| Edith B. Edry<br>472 Bayview Avenue<br>Cedarhurst, NY 11572 | Judgment | $247,633.42 |
| Allen C. Tavel<br>1307 E. 58th St.<br>B'klyn, NY 11234 | Judgment | $3,441,062.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$4,516,680.90 |

5____ continuation sheets attached

Name of Debtor ___dward D. Fagan_____

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Case No _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _Philip H. Dietz (POA)_ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Andrew Dector | Ravin Greenberg PC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 101 Eisenhower Parkway, Roseland, NJ 07068 |
| Name & Mailing          206 Smith Manor Blvd., | Address |
| Address of Individual          West Orange, NJ 07052 | (973) 226-1500 |
| Signing in Representative | Telephone No. |
| Capacity          Phil Dector (power of attorney) | |
| X _____ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Edith B. Edry | Same as above |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing          472 Bayview Avenue | Address |
| Address of Individual          Cedarhurst, NY 11572 | |
| Signing in Representative | Telephone No. |
| Capacity          Edith B. Edry | |
| X _____ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Allen C. Tavel | Same as above |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing          1307 E. 58th St., | Address |
| Address of Individual          B'klyn, NY 11234 | |
| Signing in Representative | Telephone No. |
| Capacity          Allen C. Tavel | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Andrew S. Dector, 206 Smith Manor Blvd, West Orange, NJ 07052 | Judgment | $827,985.54 |
| Edith B. Edry, 472 Bayview Avenue, Cedarhurst, NY 11572 | Judgment | $247,633.42 |
| Allen C. Tavel, 1307 E. 58th St, B'klyn, NY 11234 | Judgment | $3,441,062.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $4,516,680.90 |

_____continuation sheets attached

## POWER OF ATTORNEY

Prepared By:

_____
S. M. CHRIS FRANZBLAU, ESQ.

This Power of Attorney is made on July 15, 2004

Between:     the Principal(s) Andrew Decter

whose address is 206 Smith Manor Blvd., West Orange, New Jersey


individually referred to as "I" or "my",

And:   Philip Decter the Agent(s)

whose address is 206 Smith Manor Blvd., West Orange, New Jersey


referred to as "You".

**Grant of Authority.** I appoint You to act as my Agent (called an attorney in fact) to do each and every act which I could personally do for the following uses and purposes:

**This power enables Philip Decter to take any and all actions on my behalf and to execute any and all instruments, documents, deeds and otherwise, including endorsements and withdrawals from financial institutions and to transact all business on my behalf without limitations.**


**Powers.** I give You all the power and authority which I may legally give to You. You may revoke this Power of Attorney or appoint a new Agent in your place. I approve and confirm all that You or your substitute may lawfully do on my behalf.

**Signatures.** By signing below, I acknowledge that I have received a copy of this Power of Attorney and that I understand its terms.

Witnessed by:

_____          _____(Seal)
                                         ANDREW DECTER

_____          _____(Seal)

## DISABILITY

**Definition of Disability.** (N.J.S.46:2b-8b) A principal shall be under a disability of the principal is unable to mange his or her property and affairs effectively for reasons such as mental illness, mental deficiency, physical illness or disability, advanced age, chronic use of drugs, chronic intoxication, confinement, detention by a foreign power or disappearance.

Clauses [A] and [B] below shall not be a part of this Power of Attorney unless they are signed by the Principal(s).

**A. Takes Effect Regardless of Disability.** This Power of Attorney is effective now and remains in effect even if I become disabled (as defined above).

Dated: July 15, 2004

Witness: _____  ANDREW DECTER _____(Seal)

_____  _____(Seal)

STATE OF NEW JERSEY, COUNTY OF ESSEX        SS.:

I CERTIFY that on July 5, 2004, **Andrew Decter** personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):

(a) is named in and personally signed this document; and
(b) signed, sealed and delivered this document as his or her act and deed.

_____

MARGARET CUNNINGHAM
A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 8, 2005

OFFICIAL FORM 5 - Page 2                                        Case No _____
Involuntary Petition
(10/05)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X_____<br>Signature of Petitioner or Representative (State title)<br>Andrew Dector | X_____  Date_____<br>Signature of Attorney<br>Ravin Greenberg PC |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any)<br>101 Eisenhower Parkway, Roseland, NJ 07068 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | 206 Smith Manor Blvd.,<br>West Orange, NJ 07052 | Address<br>(973) 226-1500 |
| Phil Dector (power of attorney) | Telephone No. |
| X _Judith B. Edry_  _Petitioner_<br>Signature of Petitioner or Representative (State title)<br>Edith B. Edry       5/19/2006 | X_____  Date_____<br>Signature of Attorney<br>Same as above |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | 472 Bayview Avenue<br>Cedarhurst, NY 11572<br><br>Edith B. Edry | Address<br><br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br>Allen C. Tavel | X_____  Date_____<br>Signature of Attorney<br>Same as above |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | 1307 E. 58th St.,<br>B'klyn, NY 11234<br><br>Allen C. Tavel | Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Andrew S Dector,<br>206 Smith Manor Blvd,<br>West Orange, NJ 07052 | Judgment | $827,985.54 |
| Edith B. Edry<br>472 Bayview Avenue,<br>Cedarhurst, NY 11572 | Judgment | $247,633.42 |
| Allen C Tavel,<br>1307 E. 58th St.<br>B'klyn NY 11234 | Judgment | $3,441,062.00 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$4,516,680.90 |

_____ continuation sheets attached

Name of Debtor ___Edward D. Fagan_____

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Case No _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner  Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br>Andrew Dector<br>Name of Petitioner          Date Signed<br><br>Name & Mailing     206 Smith Manor Blvd.,<br>Address of Individual   West Orange, NJ 07052<br>Signing in Representative<br>Capacity          Phil Dector (power of attorney) | X_____ Date<br>Signature of Attorney<br>Ravin Greenberg PC<br>Name of Attorney Firm (If any)<br>101 Eisenhower Parkway, Roseland, NJ 07008<br>Address<br>(973) 226-1500<br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br>Edith B. Edry<br>Name of Petitioner          Date Signed<br><br>Name & Mailing     472 Bayview Avenue<br>Address of Individual   Cedarhurst, NY 11572<br>Signing in Representative<br>Capacity          Edith B. Edry | X_____ Date<br>Signature of Attorney<br>Same as above<br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| X  _Allen C. Tavel,_<br>Signature of Petitioner or Representative (State title)<br>Allen C. Tavel        5/25/06<br>Name of Petitioner          Date Signed<br><br>Name & Mailing     1307 E. 58th St.,<br>Address of Individual   B'klyn, NY 11234<br>Signing in Representative<br>Capacity          Allen C. Tavel | X_____ Date<br>Signature of Attorney<br>Same as above<br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Andrew B. Dector,<br>206 Smith Manor Blvd<br>West Orange, NJ 07052 | Judgment | $827,985.54 |
| Edith B. Edry<br>472 Bayview Avenue,<br>Cedarhurst, NY 11572 | Judgment | $247,633.42 |
| Allen C. Tavel,<br>1307 E. 58th St<br>B'klyn, NY 11234 | Judgment | $3,441,062.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury. each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$4,516,680.90 |

_____continuation sheets attached